FILED _____ LODGED
_____ RECEIVED _____ COPY

9    FEB - 8 2017    9

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Louis A. Soileau 22824·045
Name and Prisoner/Booking Number

U.S.P. Tucson AZ
Place of Confinement

P.O. Box 24550
Mailing Address

Tucson AZ, 85734
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT

middle initial
↓
A
Louis Soileau
(Full Name of Plaintiff)        Plaintiff,

vs.

(1) United States Penitentiary,
(Full Name of Defendant)

(2) Tucson, AZ, 85734,

(3) _____,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

# CV 17-0062 TUCFRZ PSO

CASE NO. _____
(To be supplied by the Clerk)

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☒ Other: _____

2. Institution/city where violation occurred: U.S.P Tucson AZ. 85734

Revised 3/9/07                                1

**550/555**

## B. DEFENDANTS

1.   Name of first Defendant: Medical, USP Tucson. The first Defendant is employed as:

_____ Dept _____ at _____.
         (Position and Title)                                            (Institution)

2.   Name of second Defendant: _____. The second Defendant is employed as:

_____ at _____.
        (Position and Title)                                         (Institution)

3.   Name of third Defendant: _____. The third Defendant is employed as:

_____ at _____.
        (Position and Title)                                         (Institution)

4.   Name of fourth Defendant: _____. The fourth Defendant is employed as:

_____ at _____.
        (Position and Title)                                           (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1.   Have you filed any other lawsuits while you were a prisoner?        ☐ Yes        ☒ No

2.   If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.   Parties:_____ v. _____
        2.   Court and case number: _____.
        3.   Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

    _____.

    b.  Second prior lawsuit:
        1.   Parties: _____ v. _____
        2.   Court and case number: _____.
        3.   Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

    _____.

    c.  Third prior lawsuit:
        1.   Parties:_____ v. _____
        2.   Court and case number: _____.
        3.   Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

    _____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: ___8th Amendment___

2. **Count I.** Identify the issue involved. **Check only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

See attached

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

See Attached

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __never got back response,__

3

1 of 3

Had surgery on Nov 30, 2016 at Tucson Medical Center, Came back same day. having alot of pain and drainage in my belly button. 3 weeks go by and its now Dec 21, on the night of that day told staff that I have been feeling very faint and had a fever, Cold Chills ect. Staff took tempture It was 102° Staff then told me that I had to wait till morning becuase the wasent any doctor here till next day. Before this rite the Surgeon that done the operation set me up a appointment 2weeks after surgery, but the medical department failed to Send me, So becuase of that I was in alot of unnessiary pain for another 3days before doctor at instatution seen me and asked if I had went to my follow-up, I informed him that I didn't. and he immediately called R&D which is the prisons Intake and told them I needed to be brought to the Surgeon a.s.a.p to access the infection

the same day, I was sent to that
DR on the street, he told me that I
had a infection in my wound, I was
never given and infection meds after
the surgery just pain meds for 3days
Once I got back from my late
follow up (22) days later, I finally
got infection meds and more pain
meds which still didnt subside
my pain told medical Dept Tucson
I was told thats all they can do,
for several days following I was never
pulled out to change my bandiges
that covered my belly button, when I
asked the med dept I was told that
they couldnt give me bandaids are
tape to change until I fill out a
sick call and see the DR or P.A
So I used Toliet paper and tape from
off my hygene products to make them
stay on my wound that was still
open and infected. Nurse checked
my temp again and it was still
over 100° they called DR. And came

Back with a injection to give me in my hip, And changed my infection meds Again, Dec(23) I couldnt keep my food down felt sick and weak late that day fever broke to 99.2° some of the stitches that were holding my stomach have came out, due to the acessive swelling and infection told med about it, nothing was done, I was told that I could wait till monday because it wasent life threating. Dec 24, nurse comes to give infection meds, when I asked why havent she gave my pain meds she told me that her papers that she looks at to admmastine the meds on, dosent Say that I get any pain meds She Claimed that She was going to Call DR. about it, Never came back I still havent been able to eat, having alot of diareia, Changed my own dressing with the same method as before still alot of drainage and puss

the wound in my belly area became very inflamed and enlarged I can see the fatty tissue in my open wound, Pushed button on wall to call the C/O so he can get the nurse, having extreme abdomable pain. A 1 hour 1/2 late nurse comes and sees that my stiches have fell out and tells me that she will pull me out the next day, then I finally get a 5mg of oxycodone for pain, that medication was given to me for 2 days then it was stopped. here it is Jan 23 a month later still having pain and drainage wound still open in my belly button, I was brought back to DR. on street and he looked at it and told me that I still had a infection and he will set me another appointment to do once again another procudure to remove the remany of the internal stichures and replace them with a different kind....

## COUNT II

1. State the constitutional or other federal civil right that was violated: _____

_____

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?     ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?     ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____

4

## COUNT III

1.    State the constitutional or other federal civil right that was violated: _____
_____

2.    **Count III.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion         ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3.    **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.    **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_____
_____

5.    **Administrative Remedies.**
    a.    Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                 ☐ Yes    ☐ No
    b.    Did you submit a request for administrative relief on Count III?                    ☐ Yes    ☐ No
    c.    Did you appeal your request for relief on Count III to the highest level?        ☐ Yes    ☐ No
    d.    If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  _____
_____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Pain an Suffering Damages montary Compensation

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1-27-17
DATE

SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6