

Louis Soileau 22824-045
United States Penitentiary
PO Box 24550 Tucson AZ
85734

PHOENIX AZ 852
06 FEB 2017 PM 4 L

Att: Clerk of Court
Evo A Deconcini US Court House
405 West Congress St
85701-5010 75

RECEIVED
FEB - 8 2017
U.S.