CASE NO. CV-17-00062-TUC-FRZ-PSOT
Document-1 of 1

FILED ____ LODGED
RECEIVED ____ COPY

MAR 2 0 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
____ DEPUTY

This is an continuance of record on my filed complaint.. March 12, 2017 I'm waiting to be brought back to the surgeon to reaccess my infected area. which is still open and draining daily. So that is the most recent update on that medical issue. (nothings changed)

I also want to include im my complaint that I have some other medical issues that need immediate attention I have torn Knees that will have to be operaited on, I have bee waiting for just on one knee, for a year And the only thing that has been given to me for pain is motrin, Asprin, which dosent help at all. Every time I ask the (Drs) about why do i have to wait till i get my operation, Im told that it takes time to get these things done, the (process) that it takes to get everything set-up. And when asked about (medication) they tell me they (can only) give me Asprin for pain,,, Now remind you that I finally got a MRI on my one Knee 9 months later I have to wait another several months to have my other knee to get a MRI on

And once that finally happens it would be 19mths to get my knees to be fixed bye a surgeon, isnt that some kind of medical depervation? (I cant) even get any (knee brace) or (pain medicine) to help me while im waiting, Im in the (Special housing Unit) Im waiting on a (state placement) Ive been back here for a (year) now, Im not even able to get my rec one hour a day becuase my knees (hurt) too much to walk around, And when asked about a knee brace Im told that Im not allowed to have one while in (SHU) Special housing unit).

this is the latest up date on my medical needs that are being violated at this present time, thank you

I Louis Anthony Soileau, inmate at Tucson United States Penitentiary is telling the truth about everything that is written on this paper So help me god,

on March 12 2017. Sun   Signed Louis A. Soileau   Louis A. Soileau   #22824.045 inmate

Witnessed SINCLAIR, RONALD #66919112
Cell mate