Louis Soileau #22824-045
Name and Prisoner/Booking Number

U S P Tucson
Place of Confinement

P.O Box 24550
Mailing Address

Tucson AZ. 85734
City, State, Zip Code

```
_____ FILED     _____ LODGED
_____ RECEIVED  _____ COPY

9 |   APR 1 3 2017   | 9

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Louis A. Soileau ,

Plaintiff,

v.

United States Penitentiary (Tucson) ,

Defendant(s).

CASE NO. 4:17-CV-00062-FRZ-PSOT

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER
CIVIL (NON-HABEAS)

I, Louis Soileau #22824-045 , declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury: yes

1.  Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained?   ☒Yes   ☐No   If "Yes," how many have you filed? Criminal Case
    Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted?   ☐Yes   ☐No   If "Yes," how many of them? _____.

2.  Are you currently employed at the institution where you are confined?   ☐Yes   ☒No
    If "Yes," state the amount of your pay and where you work. _____
    _____

3.  Do you receive any other payments from the institution where you are confined?   ☐Yes   ☒No
    If "Yes," state the source and amount of the payments. _____
    _____

Revised 6/22/16                                    1

4. Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?   ☐Yes   ☒No
   If "Yes," state the sources and amounts of the income, savings, or assets. _____

_____

I declare under penalty of perjury that the above information is true and correct.

4-6-17

**DATE**

Louis Soilean 22824-045

**SIGNATURE OF APPLICANT**

## ACKNOWLEDGEMENT OF COLLECTION OF FILING FEES FROM TRUST ACCOUNT

I, Louis Soilean 22824-045 , acknowledge that upon granting this Application, the Court will order designated correctional officials at this institution, or any other correctional institution to which I am transferred, to withdraw money from my trust account for payment of the filing fee, as required by 28 U.S.C. § 1915(b).

The Court will require correctional officials to withdraw an initial partial payment equal to 20% of the greater of:

   (A) the average monthly deposits to my account for the six-month period preceding my filing of this action, or

   (B) the average monthly balance in my account for the six-month period preceding my filing of this action.

After the initial payment, if the amount in my account is at least $10.00, the Court will require correctional officials to withdraw from my account 20% of each month's income and forward it to the Court until the required filing fee is paid in full. I understand that I am required to pay the entire fee, *even if my case is dismissed by the Court before the fee is fully paid.*

I further understand that if I file more than one action, correctional officials will be ordered to withdraw 20% of each month's income, for each action, simultaneously. Accordingly, if I have filed two actions, correctional officials will withdraw 40% of my income each month; three actions will require 60% of my income each month, etc.

4.6-17

**DATE**

**SIGNATURE OF APPLICANT**

## CERTIFICATE OF CORRECTIONAL OFFICIAL
## AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, _T. Boyler_ , certify that as of the date applicant signed this application:
   (Printed name of official)

The applicant's trust account balance at this institution is:   $ —61.92—

The applicant's average monthly deposits during the prior six months is:   $ —50.83 —

The applicant's average monthly balance during the prior six months is:   $ — 49.50 —

The attached certified account statement accurately reflects the status of the applicant's account.

04-06-2017                 Counselor   USP Tucson

**DATE**   **AUTHORIZED SIGNATURE**   **TITLE/ID NUMBER**   **INSTITUTION**

Revised 6/22/16   2