# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Louis A Soileau,

        Plaintiff,

v.

United States Penitentiary, Tucson,

        Defendant.

**NO. CV-17-00062-TUC-FRZ (PSOT)**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's order filed May 4, 2017, the complaint and action are dismissed with prejudice for failure to state a claim. This dismissal may count as a "strike" under 28 U.S.C. § 1915(g).

Brian D. Karth
District Court Executive/Clerk of Court

June 16, 2017

                 s/ M Rodriguez
By   Deputy Clerk